# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

KENNETH PHIPPS,                )
                               )
            PLAINTIFF          )
                               )
v.                             )        CIVIL NO. 2:10-CV-412-DBH
                               )
KEVIN CRAMP, ET AL.,           )
                               )
            DEFENDANTS         )

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 22, 2011, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision on Defendants' Motion for Summary Judgment. The time within which to file objections expired on July 11, 2011, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendants' motion is **GRANTED**. Summary judgment is entered on behalf of all defendants.

**SO ORDERED.**

**DATED THIS 14TH DAY OF JULY, 2011**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**